# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JEREMIAH C. DAVIS, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:16-cv-00686 |
| ) | |
| HAYLEY N. WILLIAMS, an individual, and ) | JUDGE TODD J. CAMPBELL |
| d/b/a BUT FATHER, I JUST WANT TO SING ) | MAGISTRATE JOE B. BROWN |
| MUSIC; TAYLOR B. YORK, an individual, ) | |
| and d/b/a HUNTERBORO MUSIC; MARK ) | JURY DEMAND |
| MERCADO, an individual; FLY SOUTH ) | |
| MUSIC GROUP, LLC, a Florida limited ) | |
| liability company; JASON B. CHILDRESS, an ) | |
| individual; and CURO FINANCIAL ) | |
| MANAGEMENT, LLC, a Tennessee limited ) | |
| liability company, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS WILLIAMS AND YORK'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION, OR, IN THE ALTERNATIVE, TO STAY LITIGATION PENDING RESOLUTION OF STATE COURT ACTION

Pursuant to Federal Rules of Civil Procedure 12(b)(1) of the Federal Rules of Civil Procedure, Defendants Hayley Williams and Taylor York respectfully submit this Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction, Or, In The Alternative, To Stay Litigation Pending Resolution Of State Court Action.

In support of this Motion, Defendants rely on their Memorandum of Law filed contemporaneously with this Motion to Dismiss.

1

April 22, 2016                                        Respectfully submitted,


                _/s/ Jay S. Bowen_____
                **Jay S. Bowen** (TN Bar No. 2649)
                **Will Parsons** (TN Bar. No. 26519)
                **Lauren Kilgore** (TN Bar. No. 30219)
                SHACKELFORD BOWEN MCKINLEY & NORTON, LLP
                47 Music Square East
                Nashville, TN 37203
                (615) 329-4440 (p)
                (615) 329- 4485 (f)
                jbowen@shackelfordlaw.net
                wparsons@shackelfordlaw.net
                lkilgore@shackelfordlaw.net

                *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Middle District of Tennessee by using the CM/ECF system on April 22, 2016. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

**Derek C. Crownover** (TN Bar No. 16650)
**Hugh C. Howser, Jr.,** (TN Bar. No. 2415)
**Dustin S. Kovacic,** (TN Bar No. 34312)
DICKINSON WRIGHT PLLC
54 Music Square East, Suite 300
Nashville, TN 37203

*Counsel for Plaintiff*

/s/ Jay S. Bowen